# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARIE SALZ,

   Plaintiff,

vs.

IDS PROPERTY & CASUALTY INSURANCE COMPANY,

   Defendant.

Case No. 2:16-cv-02634-JAD-GWF

**ORDER**

  This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated November 16, 2016, required the parties to file a Joint Status Report no later than December 19, 2016. To date the parties have not complied. Accordingly,

  **IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **January 13, 2017**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

  DATED this 5th day of January, 2017.

                _____
                GEORGE FOLEY, JR.
                United States Magistrate Judge