# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARIE SALZ, | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-02634-JAD-GWF |
| vs. | ) | **ORDER** |
| IDS PROPERTY & CASUALTY INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated November 16, 2016, required the parties to file a Joint Status Report no later than December 19, 2016. On January 5, 2017, the Court ordered the parties to file the Joint Status Report on or before January 13, 2017. *Order* (ECF No. 9). To date, the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **January 27, 2017**. Failure to comply will result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 20th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge