Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 Fax
tfriedman@brownbonn.com

Attorneys for Defendant
IDS PROPERTY CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARIE SALZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>IDS PROPERTY & CASUALTY INSURANCE CO.; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02634-JAD-GWF<br><br>ECF No. 17 |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT IDS PROPERTY CASUALTY INSURANCE COMPANY

It is hereby stipulated and agreed to between Plaintiff, MARIE SALZ, by and through her attorney, Victor Cardoza, Esq., of the law firm of FASSETT & CARDOZA, and Defendant IDS PROPERTY CASUALTY INSURANCE COMPANY by and through its attorney of record, Thomas Friedman, of the law firm of BROWN, BONN & FRIEDMAN, LLP, to dismiss Defendant, IDS PROPERTY CASUALTY INSURANCE COMPANY, with prejudice, each party to bear their own attorney's fees and costs.

///
///
///
///
///

This Stipulation is entered into in good faith, in the interests of judicial economy and not for the purposes of delay.

| DATED: | DATED: |
|---|---|
| FASSETT & CARDOZA | BROWN, BONN & FRIEDMAN, LLP |
| | |

-1-

| | |
|---|---|
| *[signature]*<br>Victor Cardoza, Esq.<br>FASSETT & CARDOZA<br>1137 South Rancho Drive, Suite B<br>Las Vegas, NV 89102<br>Attorneys for MARIE SALZ | *[signature]*<br>Thomas Friedman, Esq. (Bar #7708)<br>BROWN, BONN & FRIEDMAN, LLP<br>5528 South Fort Apache Road<br>Las Vegas, NV 89148<br>Attorneys for IDS PROPERTY CASUALTY INS. CO. |

## ORDER

Based on the parties' stipulation [17] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each party to bear its own fees and costs. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
Honorable Jennifer A. Dorsey
JUDICIAL DISTRICT COURT JUDGE
Dated: October 10, 2017

Submitted by:

BROWN, BONN & FRIEDMAN, LLP

*[signature]*

Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for IDS PROPERTY CASUALTY INSURANCE COMPANY